In the

# United States Court of Appeals

## For the Eleventh Circuit

---

No. 23-13010

---

PAUL CHANCELLOR MARTINEAU,

Petitioner-Appellant,

versus

BREVARD COUNTY JAIL WARDEN,

Respondent-Appellee.

---

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:23-cv-01391-ACC-EJK

---

2                    Order of the Court                    23-13010

Before WILSON, JORDAN, and GRANT, Circuit Judges.

BY THE COURT:

This appeal is DISMISSED IN PART, *sua sponte*, for lack of jurisdiction. Paul Martineau appeals an August 28, 2023 magistrate judge order striking his motion to disclose criminal bonds. We lack jurisdiction to directly review magistrate judge orders, as an appeal from such an order must be taken to the district court. *See United States v. Schultz*, 565 F.3d 1353, 1359 (11th Cir. 2009). Furthermore, even if the district court ultimately affirms the order, the subsequent affirmance would not cure the premature notice of appeal. *See Perez-Priego v. Alachua Cnty. Clerk of Ct.*, 148 F.3d 1272, 1273 (11th Cir. 1998). However, we also construe the *pro se* notice of appeal as challenging the district judge's August 16, 2023 order denying Martineau's 28 U.S.C. § 2241 petition.

Accordingly, Martineau's appeal is dismissed to the extent that he challenges the August 28, 2023 magistrate judge order and may proceed only as to his challenge to the district judge's August 16, 2023 order. No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir. R. 27-2 and all other applicable rules.